**Abatement Order filed May 5, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-01022-CV

———————

### NEWSTREAM HOTEL PARTNER-IAH, LLC, Appellant

### V.

### UC RED LION HOUSTON HOLDER, LLC AS SUCCESSOR IN INTEREST TO UC FUNDING, LLC, Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2019-71008**

## ABATEMENT ORDER

On April 29, 2020, appellant Newstream Hotel Partner-IAH, LLC notified this court that it petitioned for voluntary bankruptcy protection on April 28, 2020 in the United States Bankruptcy Court for the Eastern District of Texas under case number 20-41064. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in

accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.